DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CONRAAD L. HOEVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3678

[May 24, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 07-4083CF10A.

Conraad L. Hoever, Lake City, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***